UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

DATE OF 341 MEETING: _5-26-10_          CASE NO: _10-24536_

IN RE: _Alan & Betty Almond_          TRUSTEE: _Rushton_

## SECTION 341 MEETING
## DETAILED REPORT FOR CHAPTER 7

I.   DEBTOR(S)
     [ ] Present, Sworn, Examined   [X] Not Present – Bankr D. Ut. LBR 2003(a)
                                    [ ] Husband Present, Wife Not – Bankr D. Ut. LBR 2003(a)
                                    [ ] Wife Present, Husband Not – Bankr D. Ut. LBR 2003(a)

2.   DEBTOR'S ATTORNEY
     [ ] Present        [ ] Not Present – Bankr. D. Ut. LBR 2003(a)     [X] N/A (Pro Se)

3.   SCHEDULES & STATEMENTS TIMELY FILED
     (including Schedule of Current Income and Expenditures and Statement of Intentions)
     [X] YES            [ ] NO – Bankr. D. Ut. LBR 5005-1(b)(1) and LBR 1007-2

4.   MAILING MATRIX TIMELY FILED
     [ ] YES            [ ] NO – Bankr. D. Ut. LBR 1007-2

5.   NEW ADDRESS FOR DEBTOR?
     [X] NO             [ ] YES – Debtor and Attorney advised of duty to file written notice of change of address

6.   MEETING:  [ ] Concluded      [ ] Other _____

7.   IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE
     TRUSTEE HEREBY REQUESTS:

     [X] a 341 hearing be rescheduled          [ ] a 341 hearing NOT be rescheduled

COMMENTS (for Trustee's use only)

_____

CREDITORS
        _None_

_____
                              _____
                              PRESIDING OFFICER

A copy of the foregoing was mailed to the debtors
on MAy 27, 2010. _Ken Rushton_                    Rev: 09/21/09